UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

RICHARD FLANAGAN,

                         Plaintiff,

v

RUFUS STEWART & AARON SCOTT,

                         Defendants.

Case No. 08-14467

Judge Patrick J. Duggan

## **STIPULATION TO DISMISS CAUSE**

The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith dismissing the said cause with prejudice and without costs and attorney fees to any party.

| s/Ben M. Gonek (with faxed consent) | s/Yuvonne R. Bradley |
|---|---|
| BEN M. GONEK (P-43716) | YUVONNE R. BRADLEY (P-54485) |
| Attorney for Plaintiff | CITY OF DETROIT LAW DEPARTMENT |
| 101 E. Big Beaver Road, Suite 1000 | Attorney for Defendants |
| Troy, MI 48044 | 660 Woodward Avenue |
| (248) 457-7122 | 1650 First National Building |
| | Detroit, MI 48226 |
| | (313) 237-5051 |

## **ORDER TO DISMISS CAUSE**

At a session of the said Court held in the
Courthouse, City of Detroit, County of Wayne,
Michigan on March 26, 2010.

Present: Honorable Patrick J. Duggan
U.S. District Court Judge

Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the within cause be dismissed with prejudice and without costs and without attorney fees to any party; all pending claims are hereby resolved and this case is now closed.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: March 26, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2010, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

K:\DOCS\LIT\BRADY\A37000\ORDER\YB4771.WPD